FILED

2018 Apr-11  PM 07:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **TERESA STACKS, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | 1:16-cv-01023-VEH |
| **VELOCITY INVESTMENTS, LLC, a** | ) | |
| **corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SETTLEMENT

Defendant Velocity Investments, LLC and Plaintiff Teresa Stacks (collectively, "the Parties"), by and through their undersigned counsel, are pleased to hereby notify the Court that the Parties have reached a settlement as to all claims of Plaintiff against Defendant and intend to file the appropriate dismissal pleadings promptly upon finalization of settlement documentation.

Respectfully submitted this 11th day of April, 2018.

| | |
|---|---|
| */s Ginny Willcox Leavens*<br>One of the Attorneys for Defendant<br><br>**OF COUNSEL:**<br>Jason B. Tompkins<br>Ginny Willcox Leavens<br>BALCH & BINGHAM LLP<br>Post Office Box 306<br>Birmingham, AL 35201-0306<br>Telephone: (205) 251-8100<br>Facsimile: (205) 226-8799<br>Email: jtompkins@balch.com<br>        gwillcox@balch.com<br><br>Jason L. Santos<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street<br>Suite 300<br>Chicago, IL 60601 | */s John G. Watts (with permission)*<br>One of the Attorneys for Plaintiff<br><br>**OF COUNSEL:**<br>John G. Watts<br>M. Stan Herring<br>Watts & Herring, LLC<br>The Kress Building<br>301 19th Street North<br>Birmingham, Alabama 35203<br>Telephone: 205-879-2447<br>Email: john@wattsherring.com<br>        stan@wattsherring.com |