FILED

2018 Apr-27  PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN/EASTERN DIVISION

| | | |
|---|---|---|
| **LAQUAN JACKSON and VICKI JACKSON,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  2:16-CV-0991-VEH** |
| | ) | |
| **VELOCITY INVESTMENTS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| **TERESA STACKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  1:16-CV-1023-VEH** |
| | ) | |
| **VELOCITY INVESTMENTS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The court having been advised by counsel that the above entitled cause has been settled, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.  Provided, however, that any party may seek to reopen the action within ninety (90) days, upon good cause shown, or submit a stipulated form of final judgment. Further, the court **RETAINS** jurisdiction to enforce the settlement agreement reached between the parties. All

future status conferences are hereby cancelled.

**DONE** and **ORDERED** this 27th day of April, 2018.

**VIRGINIA EMERSON HOPKINS**
United States District Judge